

U.S. Department of Justice

Federal Bureau of Prisons

*Federal Medical Center, Carswell*

---

*P. O. Box 27066*
*"J" Street - Building 3000*
*Fort Worth, Texas  76127*

September 20, 2013


The Honorable James O. Browning
United States District Court Judge
Pete V. Domenici United States Courthouse
333 Lomas Blvd. N.W., Ste. 660
Albuquerque, New Mexico 87102

RE:   Alaniz, Daisy
       Reg. No. 72227-051
       No. 13 CR 1551 JOB

Dear Judge Browning:

In accordance with your Order of August 12, 2013, and pursuant to the provisions of Title 18, United States Code, Section 4241(d), Ms. Alaniz arrived at the Federal Medical Center, Carswell, on September 18, 2013.  In accordance with your Order, our staff will complete her evaluation by January 15, 2014, and a written report will be submitted to the Court within two weeks of that date.

If we may be of further assistance to the Court in this matter, please contact me or Christine Anthony, Ph.D., Forensic Psychologist at (817)782-4034.

Sincerely,

Jody R. Upton
Warden