# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF NEW MEXICO

### Petition for Revocation of Supervised Release

| | |
|---|---|
| Name of Offender: | Daisy Alaniz |
| Docket Number: | 1:13CR01551-001JB |
| Assigned Judge: | Honorable James O. Browning, United States District Judge |
| Date of Original Sentence: | 06/19/2014 |
| Original Offense: | 18 U.S.C. 2113(a): Bank Robbery and Aiding and Abetting |
| Original Sentence: | BOP: 27 months; TSR: 24 months |
| Date Supervision Recommenced: | 04/21/2017 |
| Date Supervision Expires: | 10/20/2017 |
| Other Court Action: | 06/15/2015: Notice of Non-Compliance for failure to submit to urine testing and counseling services. Court concurred with no further action at that time. |
| | 10/14/2016: Petition for Revocation of Supervised Release filed. |
| | 02/27/2017: Sentenced to four months custody followed by six months of supervised release. |

## PETITIONING THE COURT

To issue a warrant.

U.S. Probation Officer of the Court, Jeffrey D. Martinez-Spelich, alleges the offender has violated the following condition(s) of supervised release.

| Violation Type | Nature of Noncompliance |
|---|---|
| MC | Mandatory Condition – "The defendant shall refrain from any unlawful use of a controlled substance." |
| | On April 24, 2017, the defendant reported to the Four Winds Recovery Inc., inpatient program, in Farmington, New Mexico. Upon her intake she submitted to a drug test which was positive for opiates, methamphetamine, amphetamine, and cocaine. The defendant admitted to consuming these illegal substances on April 21, 2017. She also admitted to consuming heroin and Suboxone throughout her time in custody. |
| SC | Standard Condition – "You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change." |

| | |
|---|---|
| | On April 25, 2017, at 12:38 a.m., staff from the Four Winds Recovery Inc, inpatient program, in Farmington, New Mexico, called this officer and stated the defendant had left the facility at approximately 10:38 p.m. and could not be located anywhere on the facility premises. Her whereabouts remain unknown at this time. |
| SC | Standard Condition – "You must follow the instructions of the probation officer related to the conditions of supervision." |
| | On April 21, 2017, the defendant was specifically instructed to wait in the lobby of the United States Probation Office to allow for La Pasada Halfway House staff to transport her to the halfway house in Albuquerque, New Mexico. When halfway house staff arrived, the defendant had already left the building and could not be located. Further investigation revealed she never reported to the La Pasada Halfway House where she was instructed to reside for the weekend pending her admission into Four Winds Recovery Inc. in Farmington, New Mexico. |
| SPC | Special Condition – "You must participate in an inpatient substance abuse program. Following completion of the inpatient program, you must participate in an outpatient substance abuse treatment program. You must follow the rules and regulations of both programs, and the probation officer will supervise your participation in both of these programs (provider, location, modality, duration, intensity, etc.). You may be required to pay all, or a portion, of the costs of these programs." |
| | On April 24, 2017, the defendant reported to Four Winds Recovery Inc., inpatient counseling, in Farmington, New Mexico. She was denied treatment because the defendant was reported to be under the influence of a drug. She submitted to a drug test which resulted in a positive for opiates, methamphetamine, amphetamine, and cocaine. As a result, she was denied access to the inpatient program. |

The maximum statutory penalty: 2 years imprisonment; 3 years supervised release.
The revocation range of imprisonment: 5 to 11 months.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on 04/25/2017.

Submitted:

Jeffrey Martinez-Spelich
U.S. Probation Officer

Approved: ☒ Phone Approval

Kimberly Brawley
(505) 346-7274
Assistant U.S. Attorney

Date: 04/25/2017

2