# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO
# ALBUQUERQUE

Before the Honorable Kirtan Khalsa

United States Magistrate Judge

Clerk's Minutes – Initial – Preliminary - Detention

| | | | |
|---|---|---|---|
| Date: | 6/19/2017 | Case Number: | 13cr1551 JB |
| Case Title: USA v. | Daisy Alaniz | Liberty: | Rio Grande @ 9:54; 10:01 |
| Courtroom Clerk: | E. Hernandez | Total Time: | 4 minutes |
| Probation/Pretrial: | A. Galaz | Interpreter: | n/a |

ATTORNEYS PRESENT:

| | | | |
|---|---|---|---|
| Plaintiff: | Nicholas Ganjei | Defendant: | Margaret Katze for Stephen McCue |

PROCEEDINGS:

- ☐ Defendant Sworn
- ☒ Defendant received copy of charging document
- ☒ Defendant advised of rights and penalties
- ☒ Defendant waives preliminary hearing
- ☒ Court finds probable cause
- ☒ Government moves to detain
- ☒ Defendant waives detention hearing
- ☒ Defendant remanded to the custody of the United States Marshal's Service
- ☒ Matter referred to Judge Browning for final disposition
- ☐ Other: